IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| WILLIAM L. PENDER, et al., | ) | No. 17-1485 |
| | ) | |
| Plaintiffs-Appellants, | ) | Appeal from the U.S. District |
| | ) | Court for the Western District of |
| vs. | ) | North Carolina, |
| | ) | No. 3:05-cv-00238 |
| BANK OF AMERICA CORP., et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| _____ | ) | |

**DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF**

Pursuant to Fed. R. App. Proc. 26(b), Defendants respectfully request a 30-day extension of time, to and including September 18, 2017, within which to file their response brief. In support of their motion, Defendants state as follows:

1. Plaintiffs filed their opening brief on July 19, 2017. Under the current briefing schedule, Defendants' response brief is due on August 17, 2017.

2. Before filing their opening brief, Plaintiffs moved for an extension of time. In their motion, Plaintiffs proposed a briefing schedule to which all parties had consented. As part of that briefing schedule, Plaintiffs consented to the extension Defendants now request, so long as Plaintiffs were permitted until October 16, 2017 to file their reply brief. (*See* Doc. 23 at 2.)

3.      There is good cause for this motion. Lead counsel in this appeal, Carter G. Phillips, has a number of intervening obligations that will make it difficult to complete Defendants' response brief by the current deadline. Mr. Phillips is responsible for filing a petition for certiorari following the Federal Circuit's decision in *Prism Technologies LLC v. Sprint Spectrum, L.P.*, 849 F.3d 1360 (Fed. Cir. 2017), and that petition is currently due on August 7, 2017. In addition, he is participating in preparations for oral argument on a motion to dismiss on August 10, 2017 in the Eastern District of Michigan in *B. Gary v. Snyder*, (No. 16-cv-13292), and he is responsible for presenting oral argument in the Third Circuit in *Gonzalez v. Owens Corning*, (No. 16-2653), which is anticipated to take place in early to mid-September. Finally, Mr. Phillips is working overseas throughout the month of August.

## **CONCLUSION**

For the foregoing reasons, Defendants request a 30-day extension of time to file their response brief, to and including September 18, 2017.

Dated:  July 25, 2017                                   Respectfully submitted,

s/ Carter G. Phillips
Carter G. Phillips
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

2

Anne E. Rea
David F. Graham
Tacy F. Flint
Steven J. Horowitz
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, I caused true and correct copies of the foregoing to be served by ECF upon:

>Eli Gottesdiener
>Gottesdiener Law FIrm
>498 7th Street
>Brooklyn, NY 11215
>eli@gottesdienerlaw.com
>
>Thomas D. Garlitz
>Thomas D. Garlitz, PLLC
>Suite 930, the Johnston Bldg.
>212 South Tryon St.
>Charlotte, NC 28281
>tgarlitz@gwattorneys.com

/s/ Carter G. Phillips